IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| DONNA HUGHES<br><br>v.<br><br>Acting Commissioner of the Social Security Administration,<br><br>Defendant. | Civil No. 3:21-CV-5228-DWC<br><br><br>ORDER GRANTING EAJA ATTORNEY FEES |

After considering the filings of the parties regarding this issue, it is hereby ORDERED that attorney fees in the amount of $3,483.96 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA), subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff shall also be awarded costs in the amount of $402.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920

If the EAJA fees are not subject to an offset as described in *Ratliff,* the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. The check for EAJA fees shall be mailed to Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA, 98466. Costs may be paid either by electronic transfer of funds or via check made payable to Plaintiff's attorney.

IT IS SO ORDERED.

Dated this 23rd day of November, 2021.

David W. Christel
United States Magistrate Judge

Presented by:

CHRISTOPHER H. DELLERT, WA #42453
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA 98466
Phone: (360) 329-6968
Fax: (360) 824-9371
Email: dellert.law.office@gmail.com

Attorney for Plaintiff